1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   DURRELL ANTHONY PUCKETT,                    CASE  NO.  1:11-cv-01565-LJO-GBC   (PC)

10                          Plaintiff,          ORDER DENYING REQUEST FOR COURT
                                                TO SCREEN PLAINTIFF'S COMPLAINT
11       v.
                                                (ECF No. 7)
12   CORCORAN PRISON, et al.,
                                                ORDER GRANTING EXTENSION OF TIME
13                          Defendants.          FOR DEFENDANTS' RESPONSIVE
     _____/ PLEADING
14

15                                **ORDER**

16          Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding pro se in

17   this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff originally filed the action in

18   Kings County Superior Court as case No. 11C0238 on June 14, 2011.  (ECF No. 1.)

19   Defendants removed this action on September 13, 2011.  (Id.)  On September 20, 2011,

20   Defendants filed a request seeking to have the complaint screened and to be allowed thirty

21   days from the date of the screening order to respond to the complaint.  (ECF No. 7.)

22          The Court is required to screen complaints brought by prisoners seeking relief

23   against a governmental entity or officer or employee of a governmental entity.  28 U.S.C.

24   § 1915A(a).  The Court screens complaints in the order in which they are filed and strives

25   to avoid delays whenever possible.  However, there are hundreds of prisoner civil rights

26   cases presently pending before the court, and delays are inevitable despite the Court's

27   best efforts.  Thus, Defendants' request to have the complaint screened immediately is

28   DENIED.

The Court will grant Defendants' request that they be relieved from the obligation to file a responsive pleading until thirty days after the complaint is screened.

Defendants' request is HEREBY GRANTED IN PART, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated:   September 22, 2011

UNITED STATES MAGISTRATE JUDGE