# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>CORCORAN PRISON - CDCR, et al.,<br><br>    Defendants. | CASE NO: 1:11-cv-01565-LJO-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>Docs. 10, 12 |

On June 14, 2011, Plaintiff Durrell Anthony Puckett ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action in California Superior Court, County of Kings, pursuant to 42 U.S.C. § 1983. Doc. 1. On September 13, 2011, Defendants removed this action to Federal Court. *Id.* On October 27, 2011, Plaintiff filed a Motion for Temporary Restraining Order against prison officials at Corcoran State Prison. The Court construed this as a motion for preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On March 8, 2012, the Magistrate Judge issued Findings and Recommendations, recommending denying Plaintiff's motion for temporary restraining order. Doc. 12. Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 8, 2012, are ADOPTED, in full; and

2. Plaintiff's motion for temporary restraining order, filed October 27, 2011, is DENIED.

IT IS SO ORDERED.

**Dated:**   **April 20, 2012**                      /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE