IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CORCORAN PRISON - CDCR, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | Case No. 1:11-cv-01565-LJO-GBC (PC)<br><br>ORDER VACATING ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART AND ORDER REMANDING CASE TO MAGISTRATE JUDGE FOR FURTHER ACTION<br><br>(Doc. 20) |

On April 23, 2012, the Court issued an order adopting in part the magistrate judge's April 13, 2012 findings and recommendations. However, according to the findings and recommendations, the parties were to have thirty days to serve written objections, if any, with the Court.

Accordingly, the Court:

1. VACATES its order adopting the magistrate judge's findings and recommendations in part (Doc. 20); and

2. REINSTATES the period for filing objections to the findings and recommendations. Any party may file written objections, if any, to the findings and recommendations on or before May 14, 2012.

IT IS SO ORDERED.

**Dated:   April 24, 2012**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE