# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>             Plaintiff,<br><br>     vs.<br><br>D. BAILEY, et al.,<br><br>             Defendants. | ) 1:11cv01565 LJO DLB PC<br>)<br>) ORDER DENYING PLAINTIFF'S<br>) MOTION FOR SETTLEMENT<br>) CONFERENCE WITHOUT PREJUDICE<br>)<br>) (Document 39)<br>)<br>)<br>) |

   Plaintiff Durrell Anthony Puckett, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Defendants filed a Motion for Summary Judgment on February 25, 2013.  The motion is pending.

   Also on February 25, 2013, Plaintiff filed a request for a settlement conference. Defendants did not respond to the request or express interest in a settlement conference. Therefore, in light of Defendants' pending motion for summary judgment and their failure to respond to the request, it does not appear that a settlement conference would be beneficial at this time.

IT IS SO ORDERED.

   Dated:   **March 25, 2013**                          /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE

1