# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKET,<br><br>         Plaintiff,<br><br>     v.<br><br>LEWIS, et al.,<br><br>         Defendants. | Case No. 1:11-cv-01565 LJO-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCLOSURE OF WITNESS INFORMATION<br><br>(Document 55) |

Plaintiff Durrell Anthony Puckett ("Plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On July 5, 2013, Plaintiff filed a motion requesting that the Court order Defendants to disclose the identification number and location of certain inmate witnesses.

Plaintiff's motion is DENIED. During the upcoming pretrial proceedings, the Court will determine which inmate witnesses will be permitted to testify. At that time, the Court and Defendants will locate the witnesses and secure their appearance at trial.

IT IS SO ORDERED.

Dated:  **July 22, 2013**                    /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE

1