# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKET,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEWIS, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01565 LJO-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCLOSURE OF WITNESS INFORMATION<br><br>(Document 71) |

　　　　Plaintiff Durrell Anthony Puckett ("Plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

　　　　On September 5, 2013, Plaintiff filed a motion requesting that the Court order Defendants to disclose information related to inmate Richard Miles. Plaintiff contends that Inmate Miles will be a witness at trial.

　　　　Plaintiff filed a similar motion July 5, 2013. In denying that motion, the Court explained that the Court and Defendants would locate any witnesses who will be permitted to testify at trial.

　　　　For the same reasons, the instant motion is DENIED.

IT IS SO ORDERED.

　　　　Dated: __September 12, 2013__　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1