1
2
3
4
5
6
7

8                           **UNITED STATES DISTRICT COURT**

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   DURRELL ANTHONY PUCKET,                    Case No. 1:11-cv-01565 LJO-DLB PC

12                Plaintiff,                     ORDER DENYING PLAINTIFF'S MOTION
                                                FOR DISCLOSURE OF WITNESS
13       v.                                     INFORMATION

14   LEWIS, et al.,                             (Document 71)

15                Defendants.

16

17       Plaintiff Durrell Anthony Puckett ("Plaintiff") is proceeding pro se and in forma pauperis in

18   this civil action pursuant to 42 U.S.C. § 1983.

19       On September 5, 2013, Plaintiff filed a motion requesting that the Court order Defendants to

20   disclose information related to inmate Richard Miles. Plaintiff contends that Inmate Miles will be a

21   witness at trial.

22       Plaintiff filed a similar motion July 5, 2013. In denying that motion, the Court explained that

23   the Court and Defendants would locate any witnesses who will be permitted to testify at trial.

24       For the same reasons, the instant motion is DENIED.

25
     IT IS SO ORDERED.
26

27       Dated:   **September 12, 2013**          /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE
28

                                                  1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28