1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    DURRELL ANTHONY PUCKETT,              1:11-cv-01565-LJO-DLB (PC)

12              Plaintiff,
                                           ORDER DENYING MOTION FOR
13         v.                              APPOINTMENT OF COUNSEL WITHOUT
                                           PREJUDICE
14    CORCORAN PRISON-CDCR, et al.,
                                           (Document# 82)
15              Defendant.

16

17         On November 18, 2013, Plaintiff filed a motion seeking the appointment of counsel.

18   Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland,

19   113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent

20   plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the

21   Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in certain

22   exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to

23   section 1915(e)(1).  Rand, 113 F.3d at 1525.

24         Without a reasonable method of securing and compensating counsel, the court will seek

25   volunteer counsel only in the most serious and exceptional cases.  In determining whether

26   "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

27   of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28   complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).

1

1    This action is currently set for trial on January 7, 2014.  According to Plaintiff's motion,

2   he has been transferred to the California Medical Facility and is under Court-ordered mental

3   health treatment.  He is being treated with "anti-psych" medication and cannot have his property,

4   or a pen, in his cell.  As a result, Plaintiff states that he cannot represent himself at the upcoming

5   trial.

6    **The Court will not consider Plaintiff's motion absent medical records or a**

7   **declaration on the issue of competence.**  Plaintiff may file any such information under seal.

8    Accordingly, the Court DENIES Plaintiff's motion WITHOUT PREJUDICE.

9   An inmate helped Plaintiff with the preparation of the motion.

10

11   IT IS SO ORDERED.

12

13    Dated:   **November 19, 2013**                          /s/ Dennis L. Beck

14                                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2