UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>  Plaintiff,<br><br>v.<br><br>L.F.T. T. LEWIS, C/O GONZALEZ, SGT. JOHNSON, C/O D. MANQUIERO, JIMMY A. KEENER, C/O G. GUARJARDO, R. ECKMANN,<br><br>  Defendants. | Case No. 1:11-cv-1565-LJO-DLB-PC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANTS FROM THIS ACTION WITH PREJUDICE** |

GOOD CAUSE APPEARING, based on stipulation of the parties;

IT IS HEREBY ORDERED that Defendants G. GUAJARDO, A. JOHNSON, and J. KEENER are hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), each party to bear their own fees and costs. This clerk is directed to close this action.

IT IS SO ORDERED.

Dated: **December 27, 2013**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE